NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3102

TERESITA LAZARTE,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0831080468-I-1.

ON MOTION

Before LINN, Circuit Judge.

O R D E R

Upon consideration of the Office of Personnel Management's motion for an extension of time, until April 27, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY -1 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY -1 2009

JAN HORBALY
CLERK

cc: Teresita Lazarte
Leslie Cayer Ohta, Esq.

s8